**ORDERED SEALED BY COURT** *unsealed 8/12/08*

KAREN P. HEWITT
United States Attorney
JOHN F. WEIS
Assistant U.S. Attorney
California State Bar No. 82884
516 Industry Way, Suite C
Imperial, California 92251-7501
Telephone: (760) 370-0873

Attorneys for Plaintiff
United States of America

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>404 47th Street, Apartment #5<br>San Diego, CA 92102 | Case No. '08 MJ 8483<br><br>ORDER SEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, a continuing criminal investigation;

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the application, and affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: 5-30-08

PETER C. LEWIS
U.S. Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

JOHN F. WEIS
Assistant U.S. Attorney