# UNITED STATES DISTRICT COURT

SOUTHERN  District of  CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

404 47TH STREET
SAN DIEGO, CA  92102

**FILED**
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## SEARCH WARRANT

Case Number: '08 MJ 8483

unsealed 8/12/08

~~ORDERED SEALED BY COURT~~

~~NOT FOR PUBLIC VIEW~~

TO: SPECIAL AGENT BRAD A. GALVAN  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  BRAD A. GALVAN  who has reason to believe
                                                Affiant

that   on the person of, or  ✓ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the  SOUTHERN  District of  CALIFORNIA  there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  June 9, 2008
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✓ in the daytime — 6:00 AM to 10:00 P.M.  ~~at anytime in the day or night~~ as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

PETER C. LEWIS  as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

MAY 30, 2008 @  10:07 a.m.  at  EL CENTRO, CA
Date and Time Issued                              City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge                           Signature of Judge

AO 93      (Rev. 12/03)   Search Warrant (Reverse)

|  | RETURN | Case Number: |  |
|---|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Unknown substance (white) - Room C
2. Unknown white substance - Room C
3. Mail from Ella Sanders - Room C
4. Two (2) Trace filters - Room C
5. Counterfeit U.S. Currency Room F

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  Signature of Judge          6-19-08   Date

**ATTACHMENT A**

*ITEMS TO BE SEIZED*

The items to be seized are evidence of violations of Title 18, United States Code, Section 842 (i)(1) and Title 26, United States Code, Section 5861 (d) and (f) specifically:

A. Any and all computer software and hardware including, but not limited to, hard drives, diskettes, zip diskettes, compact diskettes, Secure Digital cards, Compact Flash cards, Memory Sticks, Micro Secure Digital cards, DVDs, and any other flash memory devices.

B. Any and all bomb making components and/or bomb making paraphernalia including, but not limited to, the following:

   1. Black powder, smokeless powder, and/or other incendiary/explosive materials, along with containers for these materials (specifically, but, not limited to, the Hodgdon brand).

   2. Gasoline, other flammable liquids, and containers for such liquids.

   3. Threaded metal or PVC pipe, metal end caps or "nipples".

   4. Fuses, (specifically, but, not limited to, green "hobby type" fuses).

   5. Nails.

   6. Adhesive material including, but not limited to, duct tape.

      7. White fabric or cloth

C. Any and all bomb building items including, but not limited to, bench type vises, pliers, scissors or other cutting tools, drills, drill bits, brooms, vacuum(s), garbage can(s), instructions and/or manuals which illustrate the building of explosive devices.

D. Any and all receipts evidencing the purchase of bomb making components, bomb making paraphernalia, and/or bomb building items, as stated above.

E. Any and all sketches, maps, building diagrams, photographs of potential target locations.

F. Any and all handwritten notes indicating an intention to build, construct, place, detonate, sell, or trade a bomb, explosives, or explosive device.

G. Any and all trace evidence including, but not limited to, incendiary/explosive material, metal shavings, cloth, hairs and fibers and/or adhesive material.

H. Any and all clothing resembling the following: dark or brown pants, dark jacket or dark hooded jacket, hooded sweat shirt, dark hat, dark knit cap, or dark beanie, white or light colored shoes, white or light colored gloves to include latex style gloves.

I. Any and all souvenirs of the crimes including, but not limited to, newspaper clippings, video recordings, and/or other mediums of media coverage, and/or photographs relating to the bombing of either the courthouse or the Federal Express Office.

J. Oral and/or Buccal swabs and head hair samples for the purposes of conducting Deoxyribonucleic Analysis hereinafter "DNA").

K. Any and all cellular telephones, personal assistance devices (hereinafter "PDA"), Global Positioning Satellite (hereinafter "GPS") devices, cameras, camera film answering machines, and/or scanners/facsimile machines.

L. Any and all documents and records relating to ownership, management and control of the above described locations including, but not limited to, rental agreements, rental payment documents, mortgage records and/or utility bills.

M. Any and all documents and records relating to ownership, management and control of cellular telephone(s) owned by Ella Louise SANDERS and related telephone bills.

N. Any and all weapons and/or illicit narcotics.

**ATTACHMENT B**

I believe I have probable cause to search the premises located at 404 47th Street, Apartment #5, San Diego, California, 92102.

404 47th Street, Apartment #5, is further described as follows: 404 47th Street, San Diego, California, 92102, is an apartment complex called Harbor View, located on the west side of 47th Street, between Hartley Street and Castana Street. Harbor View consists of 10 separate two-story, beige stucco apartment buildings, with slate blue trim along the eaves of the buildings. Apartment #5 is located in Building #8. Building #8 consists of Apartment #5 through Apartment #11 with all entrances facing south. The south side of Building #8 also has a white sign with blue writing that reads "Bldg 8, Units 5-11." The entrance to Apartment #5 is south facing and is the apartment furthest east in Building #8. Apartment #5 has a inner white door with an outer white painted security door. The inner door to Apartment #5 is labeled with the number "5" in approximately 3 inch black numbering.