```
                                        FILED
                                      AUG 1 2 2008
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY _____ DEPUTY
```

1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM P. COLE (SBN 186772)
   Assistant U.S. Attorneys
3  United States Courthouse
   880 Front Street, Room 6293
4  San Diego, California  92101-8800
   Telephone:  (619) 557-7859
5

   Attorneys for Plaintiff
6  United States of America

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10 IN THE MATTER OF THE      )   Case No. 08MJ8483
   SEARCH OF:                )
11                           )
                             )
12 404 47th STREET           )   MOTION TO UNSEAL
   SAN DIEGO, CALIFORNIA     )   AND ORDER THEREON
13                           )
                             )
   _____)
14

15      The plaintiff, UNITED STATES OF AMERICA, by and through its

16 counsel, Karen P. Hewitt, United States Attorney, and William P.

17 Cole, Assistant United States Attorney, hereby moves this Court

18 to unseal the search warrant application, affidavit and warrant

19 return in the above-referenced case, so that the application,

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  affidavit, and return will be available in discovery in Criminal
2  Case No. 08-CR-1895.
3  DATED: August 12, 2008                KAREN P. HEWITT
                                          United States Attorney
4
5                                         /s/ John F. Weis
                                          _____
6                                         WILLIAM P. COLE
                                          Assistant U.S. Attorney
7
                                ORDER
8
9       Good cause appearing, IT IS HEREBY ORDERED that the search
10  warrant application, affidavit, and return in Case No. 08MJ8483 be
11  unsealed.
12      8-12-08
    _____
    DATED
13
                                          _____
14                                        HONORABLE PETER C. LEWIS
                                          United States Magistrate Judge
15

2

08MJ8483